John A. VAN CLEVE et al., v. Sidney M. HAUPTMAN, Trustee of Northern Redwood Lumber Co., Debtor, et al.

SAME v. Sidney M. HAUPTMAN, Trustee of Charles Nelson Co., Debtor, et al.

Nos. 9278, 9279.

Circuit Court of Appeals, Ninth Circuit.
March 18, 1942.

Philip S. Ehrlich, Albert A. Axelrod, and Julien R. Bauer, all of San Francisco, Cal., for appellants.

Sterling Carr, of San Francisco, Cal., for appellee Hauptman.

Chickering & Gregory, of San Francisco, Cal., for appellees Detroit Trust Co. et al.

Sidney M. Ehrman and Albert M. Monaco, both of San Francisco, Cal., for appellee Wells Fargo Bank.

Ira S. Lillick and Allan E. Charles, both of San Francisco, Cal., for appellee Bondholders' Committee of Northern Redwood Lumber Co.

Before GARRECHT and HANEY, Circuit Judges.

PER CURIAM.

On stipulation of counsel for respective parties, ordered appeal in each of above causes dismissed without costs to any party,

that a decree of dismissal be filed in each cause, and mandate of this court in each cause issue forthwith.